1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MONARCH CONSULTING, INC. dba PES PAYROLL,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY RISK SERVICES, LLC,<br><br>Defendant. | Case No. 2:11-CV-01764-DSF (AGRx)<br><br>**ORDER APPROVING STIPULATION TO EXEMPT THIRD-PARTY CHARTIS INSURANCE AND ITS AFFILIATES FROM THE TERMS OF THE PARTIES' STIPULATED PROTECTIVE ORDER** |
|---|---|
| SPECIALTY RISK SERVICES, LLC,<br><br>Counter-claimant,<br><br>v.<br><br>MONARCH CONSULTING, INC. dba PES PAYROLL,<br><br>Counter-defendant. | **Complaint Filed:** March 1, 2011<br>**Trial Date:** November 6, 2012 |

-1-

1  Having read the Parties' stipulation to exempt Chartis Insurance from
2  the terms of the Parties' Stipulated Protective Order, and good cause appearing
3  therefore, the Parties' Stipulation is approved. SRS may disclose the At-Issue
4  Claims to Monarch's insurance carrier, Chartis. Chartis' access to the At-Issue
5  Claims is not controlled by or subject to the terms of the Protective Order entered in
6  this action.

**IT IS SO ORDERED.**

Dated: April 24, 2012

*Alicia G. Rosenberg*

~~HON. DALE S. FISCHER~~
~~UNITED STATES DISTRICT COURT JUDGE~~

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-2-