UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-1764 DSF (AGRx) | Date | 8/21/12 |
|---|---|---|---|
| Title | Monarch Consulting, Inc. v. Specialty Risk Services, LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction; Order Continuing Hearing on Motion for Summary Judgment

   This case was filed on March 1, 2011. The complaint alleges subject matter jurisdiction under 28 U.S.C. § 1332(a). However, the complaint fails to allege adequately the citizenship of either party. Monarch Consulting, Inc. is a corporation, but its principal place of business is not alleged. Specialty Risk Services, LLC is a limited liability company, but the identities and citizenships of its members are not alleged. Therefore, Plaintiff is ordered to show cause, in writing, by September 7, 2012 why this case should not be dismissed for lack of subject matter jurisdiction.

   Given the uncertainty regarding the Court's jurisdiction, the hearing on the motion for summary judgment currently set for September 10, 2012 is continued to September 24, 2012 at 1:30 p.m.

   IT IS SO ORDERED.